THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v FRANCIS H. MOSES, Respondent. [858 NYS2d 618]—Appeal from an order of the Seneca County Court (Dennis F. Bender, J.), entered December 22, 2006. The order granted that part of the omnibus motion of defendant seeking to suppress his statements to police officers.

It is hereby ordered that the order so appealed from is unanimously affirmed for reasons stated in the decision at County Court and the indictment is dismissed. Present—Scudder, P.J., Martoche, Green, Pine and Gorski, JJ.